IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RENEE GALLOWAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN MARTORELLO, et al., <br><br> Defendants. | Case No. 3:19-cv-00470-REP <br><br> **JURY TRIAL DEMANDED** |

## MOTION TO AMEND CLASS ACTION COMPLAINT

The Plaintiffs, by counsel, and pursuant to Fed. R. Civ. P. 16(b) move the Court for leave to file an amended complaint for the reasons set forth in the contemporaneously-filed memorandum of law.

RESPECTFULLY SUBMITTED AND DATED this 26th day of November, 2019.

                                                    CONSUMER LITIGATION ASSOCIATES, P.C.

                                                    By: /s/ Leonard A. Bennett, VSB #37523
                                                        Leonard A. Bennett, VSB #37523
                                                        Email: lenbennett@clalegal.com
                                                        Elizabeth W. Hanes, VSB #75574
                                                        Email: elizabeth@clalegal.com
                                                        Craig C. Marchiando, VSB #89736
                                                       Email: craig@clalegal.com
                                                         763 J. Clyde Morris Boulevard, Suite 1-A
                                                        Newport News, Virginia 23601
                                                        Telephone: (757) 930-3660
                                                        Facsimile: (757) 930-3662

Kristi C. Kelly, VSB #72791
Email: kkelly@kellyguzzo.com
Andrew J. Guzzo, VSB #82170
Email: aguzzo@kellyguzzo.com
Casey S. Nash, VSB #84261
Email: casey@kellyguzzo.com
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167

E. Michelle Drake, *Admitted Pro Hac Vice*
Email: emdrake@bm.net
John G. Albanese, *Admitted Pro Hac Vice*
Email: jalbanese@bm.net
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray
Email:  jmurray@terrellmarshall.com
Elizabeth A. Adams
Email: eadams@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Matthew Wessler
Email: matt@guptawessler.com
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Attorneys for Plaintiffs and Proposed Class*

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

DATED this 26th day of November, 2019.

        CONSUMER LITIGATION ASSOCIATES, P.C.

        By: <u>/s/ Leonard A. Bennett, VSB #37523</u>
            Leonard A. Bennett, VSB #37523
            Email: lenbennett@clalegal.com
            763 J. Clyde Morris Boulevard, Suite 1-A
            Newport News, Virginia 23601
            Telephone: (757) 930-3660
            Facsimile: (757) 930-3662

*Attorneys for Plaintiffs and Proposed Class*