**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

RENEE GALLOWAY, *et al.*,

      **Plaintiffs,**

v.                                   **Civil Action No. 3:19-cv-00470-REP**

JAMES WILLIAMS, JR., *et al.*,

      **Defendants.**

_____ /

## PLAINTIFFS' MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, Lula Williams, Gloria Turnage, George Hengle, Dowin Coffy, Marcella Singh as administrator of the estate of Felix Gillison, Jr., Renee Galloway, Dianne Turner, Earl Browne, Rose Marie Buchert, Regina Nolte, Kevin Minor, Teresa Titus, Lisa Martinez, Anthony Green, Sonji Grandy, Anastasia Sherman, Burry Pough, Linda Madison, Dominque de la Bay, Lucinda Gray, Andrea Scarborough, Jerry Avent, Lori Fitzgerald, Derek Geter, Keisha Hamm, Faith Thomas, Sharon Paavo, Latanya Tarleton, Christina Cumming, Lamesha Kondo, Andrea Mendez, Tammy Wangeline, Freeman Revels, Kimberly Pool, Tasha Pettiford, Richard L. Smith, Jr., Victoria Renee McKoy, Desiree Wright Lovins, Sandra Monsalve, Carrie Samantha Smith, Chris Kobin, Dana Duggan, and John Actis, for themselves and the Settlement Class Members, by Counsel, hereby moves the Court pursuant to Fed. R. Civ. P. 23 for preliminary approval of the class settlement involving claims and causes of action against only Big Picture Loans, LLC, Ascension Technologies, LLC, James Williams, Jr., Michelle Hazen, Henry Smith, Andrea Russell, Alice Brunk, Tina Caron, Mitchell McGeshick, Gertrude McGeshick, Susan McGeshick, Giiwegiizhigookway Martin, Jeffery McGeshick, Roberta Ivey, June Saad, Columbia Pipe &

Supply Co., Timothy Arenberg, Terrance Arenberg, DTA Trinity Wealth Transfer Trust, DMA Trinity Wealth Transfer Trust, Amlaur Resources, LLC, Brian Jedwab, James Dowd, Simon Liang, and Brian McFadden (collectively "Settling Defendants"). Plaintiffs further move for certification of a class for the purposes of settlement of the claims against the Settling Defendants, appointment of Class Counsel and Class Representatives, and approval of form and manner of notice. Plaintiffs further request that the Court set a fairness hearing for final approval of the class action settlement. A Memorandum in Support will be filed contemporaneously with this Motion. A copy of the Settlement Agreement and all supporting Exhibits, including the proposed notice forms, are attached hereto, as well as a Proposed Order. The Settling Defendants do not oppose the filing of this Motion.

Respectfully submitted,

By: _____*/s/ Leonard A. Bennett*_____
Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
Elizabeth W. Hanes, Esq., VSB #75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: elizabeth@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

E. Michelle Drake, Admitted *Pro Hac Vice*
John G. Albanese, Admitted *Pro Hac Vice*
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
Email: emdrake@bm.net
Email: jalbanese@bm.net

Beth E. Terrell, Admitted *Pro Hac Vice*
Jennifer Rust Murray, Admitted *Pro Hac Vice*
Elizabeth A. Adams, Admitted *Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email:  jmurray@terrellmarshall.com
Email: eadams@terrellmarshall.com

Matthew Wessler, Admitted *Pro Hac Vice*
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
Email: matt@guptawessler.com

*Attorneys for Plaintiffs and Proposed Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

David N. Anthony, VSB #31696
Email: david.anthony@troutmansanders.com
Timothy J. St. George, VSB #77349
Email: tim.stgeorge@troutmansanders.com
William H. Hurd, VSB #16769
Email: william.hurd@troutman.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118

*Attorneys for Defendants*

Hugh M. Fain, III, VSB #26494
Email: hfain@spottsfain.com
M. F. Connell Mullins, Jr., VSB #47213
Email: cmullins@spottsfain.com
John M. Erbach, VSB #76695
Email: jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2069
Facsimile: (804) 697-2169

Richard L. Scheff, *Admitted Pro Hac Vice*
Email: rlscheff@ armstrongteasdale.com
Jonathan P. Boughrum, *Admitted Pro Hac Vice*
Email: jboughrum@ armstrongteasdale.com
Michael Christopher Witsch, *Admitted Pro Hac Vice*
Email: mwitsch@armstrongteasdale.com
ARMSTRONG TEASDALE
1500 Market Street
12th Floor, East Tower
Philadelphia. Pennsylvania 19102
Telephone: (215) 246-3479
Facsimile: (215) 569-8228

Tod Daniel Stephens, *Admitted Pro Hac Vice*
Email: tstephens@armstrongteasdale.com
Paul Louis Brusati, *Admitted Pro Hac Vice*
Email: pbrusati@armstrongteasdale.com
ARMSTRONG TEASDALE
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

Michelle Lynn Alamo, *Admitted Pro Hac Vice*
Email: malamo@armstrongteasdale.com
Alec Paul Harris, *Admitted Pro Hac Vice*
Email: aharris@armstrongteasdale.com
ARMSTRONG TEASDALE
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Facsimile: (720) 200-0679

Charles Palella, *Admitted Pro Hac Vice*
Email: cpalella@armstrongteasdale.com
ARMSTRONG TEASDALE
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 209-4400
Facsimile: (212) 409-8385

*Attorneys for Defendant Matt Martorello*

Craig T. Merritt, VSB #20281
Email: cmerritt@cblaw.com
James E. Moore, VSB # 4526
Email: jmoore@cblaw.com
Shannan M. Fitzgerald, VSB #90712
Email: sfitzgerald@cblaw.com
Email: kmueller@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

Justin Alexander Gray, *Admitted Pro Hac Vice*
Email: jgray@rosettelaw.com
Anna Marek Bruty, *Admitted Pro Hac Vice*
Email: abruty@rosettelaw.com

ROSETTE, LLP
44 Grandville Avenue SW, Suite 300
Grand Rapids, Michigan 49503
Telephone: (616) 655-1601
Facsimile: (517) 913-6443

Cindy Dawn Hanson, *Admitted Pro Hac Vice*
Email: cindy@troutman.com
TROUTMAN SANDERS LLP
600 Peachtree Street N.E., Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

Alan D. Wingfield. VSB #27489
Email: alan.wingfield@troutman.com
H. Scott Kelly, VSB #80546
Email: scott.kelly@troutman.com
TROUTMAN SANDERS LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1350
Facsimile: (804) 698-5172

*Attorneys for Defendants Big Picture Loans, LLC and Ascension Technologies, LLC*

DATED this 26th day of November, 2019.

CONSUMER LITIGATION ASSOCIATES, P.C.


By: /s/ Leonard A. Bennett, VSB #37523
    Leonard A. Bennett, VSB #37523
    Email: lenbennett@clalegal.com
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, Virginia 23601
    Telephone: (757) 930-3660
    Facsimile: (757) 930-3662

*Attorneys for Plaintiffs and Proposed Classes*