IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RENEE GALLOWAY, *et al.*,

    Plaintiff,

v.

JAMES WILLIAMS, JR., *et al.*,

    Defendants.

Case No. 3:19-cv-00470 (REP)

## NOTICE OF APPEARANCE OF COUNSEL

Please note the appearance of the undersigned as counsel for Defendants Brian Jedwab and Amlaur Resources, LLC in the above-captioned matter. I hereby certify that I am admitted or otherwise authorized to practice in this Court.

Date: December 5, 2019

Respectfully submitted,

*/s/ Rebecca Ruby Anzidei*
Rebecca Ruby Anzidei (VA Bar No. 46436)
RuyakCherian LLP
1700 K Street NW, Suite 810
Washington, DC 20006
Phone: (202) 897-1914
Fax: (202) 478-1715
rebeccaa@ruyakcherian.com

*Counsel for Defendants Brian Jedwab and Amlaur Resources, LLC*