# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

**RENEE GALLOWAY**, *et al.*,

    **Plaintiffs**,

v.                                        Civil Action No. 3:19-cv-00470-REP

**JAMES WILLIAMS, JR.**, *et al.*,

    **Defendants.**

_____/

## NOTICE OF FILING OF SIGNED SETTLEMENT AGREEMENT

Plaintiffs, for themselves and the Settlement Class Members, by Counsel, hereby files herewith the fully signed version of the Settlement Agreement that was filed in support of Plaintiffs' Motion to Certify Class and Approve Rule 23(b)(2) Settlement filed on November 26, 2019 (Doc. 18-1).

                                                         Respectfully submitted,

                                                         By:    */s/ Leonard A. Bennett*
                                                         Leonard A. Bennett, Esq., VSB #37523
                                                         Craig C. Marchiando, Esq., VSB #89736
                                                         Elizabeth W. Hanes, Esq., VSB #75574
                                                         CONSUMER LITIGATION ASSOCIATES, P.C.
                                                         763 J. Clyde Morris Blvd., Ste. 1-A
                                                         Newport News, VA 23601
                                                         Telephone: (757) 930-3660
                                                         Facsimile: (757) 930-3662
                                                         Email: lenbennett@clalegal.com
                                                         Email: craig@clalegal.com
                                                         Email: elizabeth@clalegal.com

                                                         Kristi C. Kelly, VSB #72791
                                                         Andrew J. Guzzo, VSB #82170
                                                         Casey S. Nash, VSB #84261
                                                         KELLY GUZZO, PLC
                                                         3925 Chain Bridge Road, Suite 202
                                                         Fairfax, VA 22030

Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com


E. Michelle Drake, Admitted *Pro Hac Vice*
John G. Albanese, Admitted *Pro Hac Vice*
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
Email: emdrake@bm.net
Email: jalbanese@bm.net

Beth E. Terrell, Admitted *Pro Hac Vice*
Jennifer Rust Murray, Admitted *Pro Hac Vice*
Elizabeth A. Adams, Admitted *Pro Hac Vice*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email:  jmurray@terrellmarshall.com
Email: eadams@terrellmarshall.com

Matthew Wessler, Admitted *Pro Hac Vice*
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
Email: matt@guptawessler.com

*Attorneys for Plaintiffs and Proposed Class*

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David N. Anthony, VSB #31696
    Email: david.anthony@troutmansanders.com
    Timothy J. St. George, VSB #77349
    Email: tim.stgeorge@troutmansanders.com
    William H. Hurd, VSB #16769
    Email: william.hurd@troutman.com
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118

    *Attorneys for Defendants*

    Hugh M. Fain, III, VSB #26494
    Email: hfain@spottsfain.com
    M. F. Connell Mullins, Jr., VSB #47213
    Email: cmullins@spottsfain.com
    John M. Erbach, VSB #76695
    Email: jerbach@spottsfain.com
    SPOTTS FAIN PC
    411 East Franklin Street, Suite 600
    Richmond, Virginia 23219
    Telephone: (804) 697-2069
    Facsimile: (804) 697-2169

    Richard L. Scheff, *Admitted Pro Hac Vice*
    Email: rlscheff@ armstrongteasdale.com
    Jonathan P. Boughrum, *Admitted Pro Hac Vice*
    Email: jboughrum@ armstrongteasdale.com
    Michael Christopher Witsch, *Admitted Pro Hac Vice*
    Email: mwitsch@armstrongteasdale.com
    ARMSTRONG TEASDALE
    1500 Market Street
    12th Floor, East Tower
    Philadelphia. Pennsylvania 19102
    Telephone: (215) 246-3479
    Facsimile: (215) 569-8228

Tod Daniel Stephens, *Admitted Pro Hac Vice*
Email: tstephens@armstrongteasdale.com
Paul Louis Brusati, *Admitted Pro Hac Vice*
Email: pbrusati@armstrongteasdale.com
ARMSTRONG TEASDALE
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

Michelle Lynn Alamo, *Admitted Pro Hac Vice*
Email: malamo@armstrongteasdale.com
Alec Paul Harris, *Admitted Pro Hac Vice*
Email: aharris@armstrongteasdale.com
ARMSTRONG TEASDALE
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Facsimile: (720) 200-0679

Charles Palella, *Admitted Pro Hac Vice*
Email: cpalella@armstrongteasdale.com
ARMSTRONG TEASDALE
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 209-4400
Facsimile: (212) 409-8385

*Attorneys for Defendant Matt Martorello*

Craig T. Merritt, VSB #20281
Email: cmerritt@cblaw.com
James E. Moore, VSB # 4526
Email: jmoore@cblaw.com
Shannan M. Fitzgerald, VSB #90712
Email: sfitzgerald@cblaw.com
Email: kmueller@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

Justin Alexander Gray, *Admitted Pro Hac Vice*
Email: jgray@rosettelaw.com
Anna Marek Bruty, *Admitted Pro Hac Vice*
Email: abruty@rosettelaw.com

ROSETTE, LLP
44 Grandville Avenue SW, Suite 300
Grand Rapids, Michigan 49503
Telephone: (616) 655-1601
Facsimile: (517) 913-6443

Cindy Dawn Hanson, *Admitted Pro Hac Vice*
Email: cindy@troutman.com
TROUTMAN SANDERS LLP
600 Peachtree Street N.E., Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

Alan D. Wingfield. VSB #27489
Email: alan.wingfield@troutman.com
H. Scott Kelly, VSB #80546
Email: scott.kelly@troutman.com
TROUTMAN SANDERS LLP
Post Office Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1350
Facsimile: (804) 698-5172

*Attorneys for Defendants Big Picture Loans, LLC and Ascension Technologies, LLC*

DATED this 19th day of December, 2019.

                    By: /s/ Leonard A. Bennett, VSB #37523
                        Leonard A. Bennett, VSB #37523
                        **CONSUMER LITIGATION ASSOCIATES, P.C.**
                        763 J. Clyde Morris Boulevard, Suite 1-A
                        Newport News, Virginia 23601
                        Telephone: (757) 930-3660
                        Facsimile: (757) 930-3662
                        Email: lenbennett@clalegal.com

                        *Attorneys for Plaintiffs and Proposed Classes*