IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                Civil Action No. 3:19cv470

JAMES WILLIAMS, JR.,
et al.,

    Defendants.

**ORDER**

Having considered the MOTION TO WITHDRAW AS COUNSEL (ECF No. 85), and for good cause shown, it is hereby ORDERED that the MOTION TO WITHDRAW AS COUNSEL (ECF No. 85) is granted. It is further ORDERED that the Clerk shall remove Elizabeth W. Hanes, Esquire as counsel of record for the plaintiffs.

It is so ORDERED.

                                              /s/
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: April 14, 2020