IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, *et al.*, )
)
　　　Plaintiffs, )
) Civil Action No. 3:19-cv-470 (REP)
v. )
)
JAMES R. WILLIAMS, JR., *et al.*, )
)
　　　Defendants. )

## ORDER ON MOTION TO WITHDRAW REBECCA RUBY ANZIDEI AS COUNSEL

THIS MATTER is before the Court on the Motion to Withdraw Rebecca Ruby Anzidei from Representation of Defendants Amlaur Resources, LLC and Brian Jedwab (ECF No. 102). Finding that there exists good cause to grant the motion, and on the representation that Robert H. Cox of BRIGLIA HUNDLEY, P.C. will continue to represent Defendants Amlaur Resources, LLC and Brian Jedwab in this case, it is hereby ORDERED that the motion is granted. Rebecca Ruby Anzidei shall be WITHDRAWN as counsel.

It is SO ORDERED.

Date:　October 8, 2020　　　　　　　　　　/s/ REP
Richmond, Virginia　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1