# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| RENEE GALLOWAY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES WILLIAMS, JR.,<br><br>    Defendants. | Case No. 3:19-cv-00470-REP<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Lula Williams; Gloria Turnage; George Hengle; Dowin Coffy; Marcella Singh, as administrator of the Estate of Felix Gillison, Jr.; Renee Galloway; Dianne Turner; Earl Browne; Rose Marie Buchert; Regina Nolte; Kevin Minor; Teresa Titus; Lisa Martinez; Anthony Green; Sonji Grandy; Anastasia Sherman; Burry Pough; Linda Madison; Dominque de la Bay; Lucinda Gray; Andrea Scarborough; Jerry Avent; Lori Fitzgerald; Derek Geter; Keisha Hamm; Faith Thomas; Sharon Paavo; Latanya Tarleton; Christina Cumming; Lamesha Kondo; Andrea Mendez; Tammy Wangeline; Kimberly Pool; Tasha Pettiford; Richard L. Smith, Jr.; Victoria renee McKoy; Desiree Wright Lovins; Sandra Monsalve; Carrie Samantha Smith; Chris Kobin; Dana Duggan; and John Actis (Plaintiffs), for themselves and the Settlement Class Members, by Counsel, hereby move the Court for Final Approval of the Class Action Settlement and for entry of the attached proposed Order. (Ex. 1, Order). A Memorandum in Support will be filed contemporaneously with this Motion.

RESPECTFULLY SUBMITTED AND DATED this 30th day of October, 2020.

          CONSUMER LITIGATION ASSOCIATES, P.C.


        By: /s/ Leonard A. Bennett, VSB #37523
          Leonard A. Bennett, VSB #37523
          Email: lenbennett@clalegal.com
          Craig C. Marchiando, VSB #89736
          Email: craig@clalegal.com
          763 J. Clyde Morris Boulevard, Suite 1-A
          Newport News, Virginia 23601
          Telephone: (757) 930-3660
          Facsimile: (757) 930-3662

          Kristi C. Kelly, VSB #72791
          Email: kkelly@kellyguzzo.com
          Andrew J. Guzzo, VSB #82170
          Email: aguzzo@kellyguzzo.com
          Casey S. Nash, VSB #84261
          Email: casey@kellyguzzo.com
          KELLY GUZZO, PLC
          3925 Chain Bridge Road, Suite 202
          Fairfax, Virginia 22030
          Telephone: (703) 424-7572
          Facsimile: (703) 591-0167

          E. Michelle Drake, *Admitted Pro Hac Vice*
          Email: emdrake@bm.net
          John G. Albanese, *Admitted Pro Hac Vice*
          Email: jalbanese@bm.net
          BERGER & MONTAGUE, P.C.
          43 SE Main Street, Suite 505
          Minneapolis, Minnesota 55414
          Telephone: (612) 594-5999
          Facsimile: (612) 584-4470

- 3 -

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email:  jmurray@terrellmarshall.com
Elizabeth A. Adams
Email: eadams@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Matthew Wessler
Email: matt@guptawessler.com
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Attorneys for Plaintiffs and Proposed Classes*

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    H. Scott Kelly, VSB #80546
    Email: scott.kelly@troutman.com
    Timothy J. St. George, VSB #77349
    Email: tim.stgeorge@troutmansanders.com
    Alan D. Wingfield, VSB #27489
    Email: alan.wingfield@troutman.com
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-2202
    Facsimile: (804) 697-1339

    Cindy Dawn Hanson, *Admitted Pro Hac Vice*
    Email: cindy.hanson@troutman.com
    TROUTMAN SANDERS LLP
    600 Peachtree Street NE, Suite 300
    Atlanta, Georgia 30308
    Telephone: (404) 885-3000
    Facsimile: (404) 885-3900

    *Attorneys for Defendants James Williams, Jr., Michelle Hazen, Henry Smith, Alice Brunk, Andrea Russell, Tina Caron, Mitchell McGeshick, Jeffrey McGeshick, Robert Ivey and June Saad*

    Robert Allen Rosette, *Admitted Pro Hac Vice*
    Email: rosette@rosettelaw.com
    ROSETTE LLP
    565 West Chandler Blvd., Suite 212
    Chandler, Arizona 85225
    Telephone: (480) 889-8990
    Facsimile:  (480) 889-8997

Craig T. Merritt, VSB #20281
Email cmerritt@Dcblaw.com
Shannan M. Fitzgerald, VSB #90712
Email: sfitzgerald@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Defendants Big Picture Loans, LLC, Ascension Technologies, LLC, James Williams, Jr., Michelle Hazen, Henry Smith, Andrea Russell, Alice Brunk, Tina Caron, Mitchell McGeshick, Gertrude McGeshick, Susan McGeshick, Giiwegiizhigookway Martin, Jeffrey McGeshick, Robert Ivey, June Saad, Simon Liang, Brian McFadden*

Robert H. Cox, VSB No. 33118
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons, Virginia 22182
Telephone: (703) 883-0880
Facsimile: (703) 883-0889
Email: rcox@brigliahundley.com

*Attorneys for Defendants Brian Jedwab and Amlaur Resources, LLC*

Cortland C. Putbrese, VSB #46419
Email: cputbrese@dbllawyers.com
Benjamin S. Barlow, VSB #67933
Email: bbarlow@dbllawyers.com
DUNLAP BENNETT & LUDWIG PLLC
8003 Franklin Farms Drive, Suite 220
Richmond, Virginia 23229
Telephone: (804) 977-2688
Facsimile: (804) 977-2680

Michael Stinson, *Admitted Pro Hac Vice*
Email: stinson.mike@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Defendant James Dowd*

Andrew K. Clark, VSB No. 45269
Email: aclark@hirschlerlaw.com
Elizabeth C. Burneson, VSB No. 93413
Email: lburneson@hirschlerlaw.com
Elizabeth Childress Burneson, VSB #93413
Email: lburneson@hf-law.com
HIRSCHLER FLEISCHER, PC
2100 East Cary Street
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9528
Facsimile: (804) 644-0957

*Attorneys for Defendants Columbia Pipe & Supply Co., Timothy Arenberg, Terrance Arenberg, DTA Trinity Wealth Transfer Trust, Deborah M. Arenberg Living Trust*


DATED this 30th day of October, 2020.

                              CONSUMER LITIGATION ASSOCIATES, P.C.


                              By: /s/ Leonard A. Bennett, VSB #37523
                                  Leonard A. Bennett, VSB #37523
                                  Email: lenbennett@clalegal.com
                                  763 J. Clyde Morris Boulevard, Suite 1-A
                                  Newport News, Virginia 23601
                                  Telephone: (757) 930-3660
                                  Facsimile: (757) 930-3662

*Attorneys for Plaintiffs and Proposed Classes*